UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY WAYNE RICHMOND,

    Plaintiff,

  v.

JEFF UTTECHT,

    Defendant.

Case No. C08-5571FDB/JKA

ORDER

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court are two letters written by plaintiff in which he complains about the Washington State Penitentiary property room allegedly not sending two boxes of legal property (Dkt. # 4 and 5).

These letters were not served on the defendant Jeff Uttecht. Further, in the complaint plaintiff asks the court to "close this case, as if it never happened." Plaintiff is informed the court does not conduct business by letter. The proper manner of asking for court action is to file a motion, served on opposing parties, or counsel if counsel has appeared. The motion should be noted for hearing as set forth in Local Rule 7.

ORDER
Page - 1

1 | Mr. Richmond's letters will remain in the occur file.  No further action will be taken on the letters.
2 | The clerk's office is directed to send a copy of this order to plaintiff.

DATED this 12 day of November,  2008.


                                     /S/ *J. Kelley Arnold*
                                     J. Kelley Arnold
                                     United States Magistrate Judge