# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BILLY WAYNE RICHMOND,

    Plaintiff,

v.

JEFF UTTECHT,

    Defendant,

Case No. C08-5571FDB

REPORT AND RECOMMENDATION

**NOTED FOR**:
**DECEMBER 5, 2008**

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiffs' proposed complaint (Dkt. # 1). In the relief section of the complaint Mr. Richmond asks the court to dismiss this action "as if it never happened." (Dkt. # 1).

The court recommends the action be dismissed pursuant to Fed. R. Civ. P 41 (a)(1).

## FACTS

In the statement of the claim section of the complaint Mr. Richmond states:

> you The court are Specialley[sic] and Specifically correct. Although I have been filing on this case in your court every since 2001.
> Besides I was forced to retreat by Prison officials at Washington State Penitentiary In Walla Walla WA 99362 Law Suit. The official told me to drop the Law Suit. So I had to find a way to make an excuse for to stop the Claim against (ISRB) of case 420 hearing, Because I

already know that the United States District Court Magistrate [Judge] and Chief Would of been in the Indeterminate Sentence Review Board Members case. for example just like the (Dyers Case) that have been filed against the (ISRB) and Washington State Supreme Court was in favor of The Interminate [sic] Sentence Review Board. and now the inmate Dyers, His case is in the United States Supreme Court. So I am going to give it a try to forward my case to the Smaller Courts and the Washington State Supreme Court and then go further. Thank you all very much. You all done what you could in listening to me. Sorry you all could not help me.

(Dkt. # 1, Statement of the claim in proposed complaint). In the relief section of the proposed complaint Mr. Richmond states:

> Close this case as if it never happened, Much obliged to you and Ms. Honorable Karen L. Strombom, + Thank you Mr. J. Kelly Arnold: very so much. In trying to help a person that know nothing about law. Thank you all.

(Dkt. # 1, Relief requested in proposed complaint).

## DISCUSSION

The complaint fails to state any claim the court can decipher. Mr. Richmond is wise to dismiss the action on his own motion and thus avoid the court imposing a strike pursuant to 42 U.S.C. 1915 (g).

Fed. R. Civ. P. 41 (a)(1) allows a plaintiff to dismiss his action by simply filing a notice of dismissal at any time prior to service of an answer or motion for summary judgment. No answer or motion for summary judgment have been filed in this case and dismissal on plaintiffs' request is proper.

## CONCLUSION

The court should **DISMISS** this action **WITHOUT PREJUDICE**.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **December 5, 2008,** as noted in the caption.

DATED this 14 day of November, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 2