1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7       WESTERN DISTRICT OF WASHINGTON
             AT TACOMA
8
BILLY WAYNE RICHMOND,                    Case No.  C08-5571 FDB
9
              Plaintiff,
10
       v.                                ORDER ADOPTING REPORT
                                         AND RECOMMENDATION
11                                       DISMISSING ACTION
JEFF UTTECHT,                            WITHOUT  PREJUDICE
12
              Defendant.
13

14        This matter comes before the Court on the Magistrate Judge's recommendation that Plaintiff's

15  motion to voluntarily dismiss his action pursuant to Rule 41(a)(1) be granted.  Plaintiff has not filed

16  an objection.  The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

17  Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does

18  hereby find and ORDER:

19        (1)    The Court adopts the Report and Recommendation;

20        (2)    This action is **DISMISSED** on Plaintiff's request pursuant to Fed. R.
                 Civ. P 41 (a)(1).  The dismissal is **WITHOUT PREJUDICE**.

21        The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to

22  the Hon. J. Kelley Arnold.

23

24        DATED this 8th day of December, 2008.

25

26

27  _____
    FRANKLIN D. BURGESS
28  UNITED STATES DISTRICT JUDGE