# United States District Court

WESTERN DISTRICT OF WASHINGTON

BILLY WAYNE RICHMOND

**JUDGMENT IN A CIVIL CASE**

v.

JEFF UTTECHT

CASE NUMBER: C08-5571FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** on Plaintiff's request pursuant to Fed.R.Civ.P 41(a)(1). The dismissal is **WITHOUT PREJUDICE**.

| December 9, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk